United States District Court
Southern District of Texas
**ENTERED**
September 30, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| HEAVEN ENEMECIAL HERRERA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-4555 |
| | § | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION**

On April 13, 2026, this case was referred to United States Magistrate Judge Yvonne Y. Ho for all pretrial purposes. (Dkt. 18). Judge Ho filed a Memorandum and Recommendation on July 29, 2026, recommending that Plaintiff's claims against Defendant Experian Information Solutions, Inc. be **DISMISSED WITHOUT PREJUDICE** on Plaintiff's motion for partial voluntary dismissal. (Dkt. 26).

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Ho's Memorandum and Recommendation (Dkt. 26) is **APPROVED and ADOPTED** in its entirety as the holding of the Court;

(2) Plaintiff's motion for partial voluntary dismissal (Dkt. 24) is **GRANTED**; and

(3) Plaintiff's claims against Defendant Experian Information Solutions, Inc. are **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED**.

SIGNED at Houston, Texas on September 30, 2026.

George C. Hanks Jr.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE